# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Applied Resources Corp. | ) | ASBCA No. 61084 |
| | ) | |
| Under Contract No. W9098S-16-P-0162 | ) | |

APPEARANCE FOR THE APPELLANT:    Mr. Matthew S. Colello
                                 President

APPEARANCES FOR THE GOVERNMENT:  Raymond M. Saunders, Esq.
                                   Army Chief Trial Attorney
                                 MAJ Adam Kama, JA
                                   Trial Attorney

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated:  22 September 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61084, Appeal of Applied Resources Corp., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals